# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

THOMAS KENNEDY,

    *Plaintiff*,

v.

    Case No. 1:22-cv-21827-WILLIAMS

RON DESANTIS, in his official capacity
as Governor of the State of Florida, et al.

    *Defendants*.

_____/

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Plaintiff, Thomas Kennedy, and Defendants, Governor Ron DeSantis ("Governor"), in his official capacity as Governor of the State of Florida; Mark Glass, in his official capacity as Commissioner of the Florida Department of Law Enforcement ("Department"); the City of Miami; and Miami-Dade County (collectively, "Parties"), pursuant to Federal Rule of Civil Procedure 7(b), ask the Court to hold a case management conference to discuss the pending motions and upcoming deadlines in this case. In support, the Parties state:

1.    Plaintiff filed his Amended Complaint (DE 48) on September 21, 2022.

2.    On September 30, 2022, and October 5, 2022, respectively, Miami-Dade County and the City of Miami moved to dismiss the Amended Complaint

(DE 55 & 57). On October 19, 2022, the Governor and Department moved to dismiss the Amended Complaint (DE 61 & 62). The motions have been fully briefed since November 10, 2022.

3.     On October 13, 2022, the Court issued its Scheduling Order (DE 58), which set the deadlines in this case. These included a discovery deadline of April 21, 2023, and a dispositive motion deadline of June 15, 2023.

4.     On November 4, 2022, the Defendants filed a Join Motion to Stay Discovery pending the Court's ruling on their motions to dismiss. (DE 68).

5.     While the Defendants' motions to dismiss and the motion to stay discovery have been pending, the Parties conducted discovery in a good faith effort to meet the Court's schedule. Specifically, the Parties exchanged written discovery and attempted to schedule numerous depositions.

6.     On April 12, 2023, the Parties filed a Joint Motion to Amend/Correct Scheduling Order [DE 86]. In it, the Parties seek a 30-day extension of the deadlines for written discovery (from 4/21/23 to 5/21/23) and dispositive motions (from 6/15/23 to 7/15/23).

7.     At this time, each of the aforementioned motions remains pending and the Court has not held or scheduled a case management conference.

8.     For that reason, and because the summary judgment deadline is quickly approaching, the Parties believe it would be helpful for the Court to

schedule a case management conference to discuss the pending motions –

including potentially scheduling a hearing on the pending motions to dismiss –

and the upcoming deadline(s).

WHEREFORE, for the foregoing reasons, the Parties respectfully request

that the Court schedule a case management conference to discuss the matters

raised in this Motion.

## Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for all parties

hereby certify that they have conferred and join the request for a case

management conference.


Dated: June 9, 2023,                                          Respectfully submitted,

/s/ David Geller                                               /s/ Nicholas J.P. Meros
KHURRUM B. WAHID  (FBN 178764)              NICHOLAS J.P. MEROS (FBN 120270)
DAVID GELLER (FBN 28976)                          *Deputy General Counsel*
**Wahid Vizcaino Geller LLP**                         **Executive Office of the Governor**
2103 Coral Way, Suite 401                              The Capitol, PL-5
Miami, FL 33145                                              400 S. Monroe Street
Phone: (305) 444-4303                                   Tallahassee, FL 32399
khurrum@wvglegal.com                                  Phone: (850) 717-9310
david@wvglegal.com                                       nicholas.meros@eog.myflorida.com

*Counsel for Plaintiff*                                       *Counsel for Governor Ron DeSantis*

/s/ Eric Eves
KEVIN R. JONES (FBN 119067)
*Deputy City Attorney*
ERIC EVES (FBN 91053)
*Assistant City Attorney*
BRANDON FERNANDEZ (FBN 1002969)
*Assistant City Attorney*
**City of Miami, Office of City Attorney**
444 SW 2nd Avenue Suite 945
Miami, FL 33130-1910
Phone: (305) 416-1800
krjones@miamigov.com
eeves@miamigov.com
bfernandez@miamigov.com

*Counsel for the City of Miami*

/s/ Zach Vosseler
ZACH VOSSELER (FBN 1008856)
*Assistant County Attorney*
**Miami-Dade County Attorney's Office**
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Phone: (305) 375-5151
zach@miamidade.gov

*Counsel for Miami-Dade County*

/s/ James M. Fishman
JAMES M. FISHMAN (FBN 291201)
MATTHEW J. ALLEN (FBN 88524)
**Quintairos, Prieto, Wood & Boyer, PA**
9300 S. Dadeland Blvd., Fourth Floor
Miami, Florida 33156
Phone: (305) 670.1101
james.fishman@qpwblaw.com
matthew.allen@qpwblaw.com

*Counsel for the Florida Department of Law
Enforcement*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing

with this Court's CM/ECF system on June 9, 2023, which effected service on

all counsel of record.

/s/ Nicholas J.P. Meros
Nicholas J.P. Meros

4