IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

THOMAS KENNEDY, individually,

    Plaintiff,                            CASE NO.: 1:22-cv-21827-KMW

v.

RON DESANTIS, in his official capacity as Governor of the State of Florida, MARK GLASS, in his capacity of Acting Commissioner of The Florida Department of Law Enforcement, MIAMI-DADE COUNTY, a political subdivision of the State of Florida, CITY OF MIAMI, a municipality of the State of Florida, and JOHN DOE, unknown Security Guard,

    Defendants
_____/

## DEFENDANT FLORIDA DEPARTMENT OF LAW ENFORCEMENT'S NOTICE OF ADOPTION AND JOINDER OF DEFENDANT GOVERNOR DESANTIS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Mark Glass in his capacity as Commissioner of the Florida Department of Law Enforcement ("FDLE"), and hereby gives notice of adoption and joinder of the Motion for Summary Judgment and Incorporated Memorandum of Law filed by Defendant Governor Desantis. The legal arguments contained therein apply equally to FDLE as co-Defendant, and FDLE requests relief including an order granting summary judgment in its favor along with any and all relief this Court deems necessary and just under the circumstances.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically served upon Khurrum Wahid, Esq., counsel for Plaintiff, at Khurrum@WVMLawFirm.com; Khurrum@WVGLegal.com; and Nicholas J.P. Meros, Esq., counsel for Defendant Ron DeSantis, at Nicholas.Meros@EOG.MyFlorida.com; Gov.Legal@EOG.MyFLorida.com; Brandon L. Fernandez, Esq., counsel for City of Miami, at BFernandez@MiamiGov.com; dbailey@MiamiGov.com; and Kevin Jones, Esq.@miamigov.com; jmdeloro@miamigov.com; and Zach Vosseler, Esq., counsel for Miami-Dade County, at zach@miamidade.gov.

        Respectfully submitted by:

        James M. Fishman, Esquire
        **Quintairos, Prieto, Wood & Boyer, P.A.**
        Counsel for Mark Glass
        9300 S. Dadeland Blvd.,
        Fourth Floor
        Miami, Florida 33156
        Tel: 305.670.1101 Fax: 305.670.1161
        Eservice:
        jfishman.pleadings@qpwblaw.com
        Email: james.fishman@qpwblaw.com
                patricia.huerta@qpwblaw.com

        By: */s/ James M. Fishman, Esq.*
            James M. Fishman, Esq.
            F.B.N. 291201
            Matthew J. Allen, Esq.
            F.B.N. 88524