## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

THOMAS KENNEDY,

    *Plaintiff*,

v.                                          Case No. 1:23-cv-21827-WILLIAMS

RON DESANTIS, *in his official capacity as Governor of the State of Florida, et al.*

    *Defendants*.

_____/

## **JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4 and this Court's September 22, 2023, order (Doc. 101), Plaintiff Thomas Kennedy and Defendants Governor Ron DeSantis and Florida Department of Law Enforcement ("FDLE") (collectively, the "Parties") notify the Court that they have settled this matter. The Parties have signed a settlement agreement that resolves all remaining claims in this action. Defendants City of Miami and Miami Dade-County did not join the settlement, but do not oppose the relief.

To that end, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action will shortly file a joint stipulation dismissing all claims raised in this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: November 9, 2023,          Respectfully submitted,

| | |
|---|---|
| **THOMAS KENNEDY** | **RON DESANTIS**<br>   *Governor* |
| /s/ *David Geller*<br>DAVID GELLER<br>KHURRUM WAHID | /s/*Nicholas J.P. Meros*<br>RYAN D. NEWMAN<br>*General Counsel*<br>NICHOLAS J.P. MEROS<br>*Deputy General Counsel*<br>SAMUEL F. ELLIOTT<br>*Assistant General Counsel* |
| **WAHID VIZCAINO GELLER LLP**<br>2103 Coral Way, Suite 401<br>Miami, Florida 33145<br>david@wvglegal.com<br>khurrum@wvglegal.com<br>Phone: (305)444-4303<br>Facsimile: (305)444-4302 | **EXECUTIVE OFFICE OF THE GOVERNOR**<br>The Capitol, PL-5<br>400 S. Monroe Street<br>Tallahassee, FL 32399<br>Phone: (850) 717-9310<br>Facsimile: (850) 488-9810<br>Ryan.Newman@eog.myflorida.com<br>Nicholas.Meros@eog.myflorida.com<br>Samuel.Elliott@eog.myflorida.com |
| *Counsel for Plaintiff* | |
| **MARK GLASS**<br>   *Commissioner,*<br>   *Florida Department of Law Enforcement* | *Counsel for Governor Ron DeSantis* |
| /s/*James Fishman*<br>JAMES M. FISHMAN<br>MATTHEW J. ALLEN | |
| **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**<br>9300 S. Dadeland Blvd., Fourth Floor<br>Miami, Florida 33156<br>Phone: (305) 670-1101<br>Facsimile: (305) 670-1161<br><br>james.fishman@qpwblaw.com<br>matthew.allen@qpwblaw.com<br>patricia.huerta@qpwblaw.com<br><br>*Counsel for Commissioner Mark Glass* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing with this Court's CM/ECF system on November 9, 2023, which effected service on all counsel of record.

/s/ *Nicholas J.P. Meros*
Deputy General Counsel