# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

THOMAS KENNEDY,

    *Plaintiff*,

v.                                          Case No. 1:22-cv-21827-WILLIAMS

RON DESANTIS, *in his official capacity as Governor of the State of Florida, et al.*

    *Defendants.*

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Thomas Kennedy and Defendants Governor Ron DeSantis, Florida Department of Law Enforcement, the City of Miami, and Miami-Dade County, in accordance with the settlement agreement reached between the Plaintiff and Defendants Governor DeSantis and the Florida Department of Law Enforcement, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), jointly stipulate and agree that all claims asserted in this action be dismissed with prejudice, each party bearing their own costs, expenses, and attorney's fees.

Dated: November 14, 2023,

**THOMAS KENNEDY**

/s/ *David Geller*
DAVID GELLER
KHURRUM WAHID

**WAHID VIZCAINO GELLER LLP**
2103 Coral Way, Suite 401
Miami, Florida 33145
Phone: (305)444-4303
Facsimile: (305)444-4302
david@wvglegal.com
khurrum@wvglegal.com

*Counsel for Plaintiff*

**MARK GLASS**
  *Commissioner,*
  *Florida Department of Law Enforcement*

/s/ *James Fishman*
JAMES M. FISHMAN
MATTHEW J. ALLEN

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
9300 S. Dadeland Blvd., Fourth Floor
Miami, Florida 33156
Phone: (305) 670-1101
Facsimile: (305) 670-1161

james.fishman@qpwblaw.com
matthew.allen@qpwblaw.com
patricia.huerta@qpwblaw.com

*Counsel for Commissioner Mark Glass*

Respectfully submitted,

**RON DESANTIS**
  *Governor*

/s/ *Nicholas J.P. Meros*
RYAN D. NEWMAN
*General Counsel*
NICHOLAS J.P. MEROS
*Deputy General Counsel*
SAMUEL F. ELLIOTT
*Assistant General Counsel*

**EXECUTIVE OFFICE OF THE GOVERNOR**
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
Ryan.Newman@eog.myflorida.com
Nicholas.Meros@eog.myflorida.com
Samuel.Elliott@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

**MIAMI-DADE COUNTY**

/s/ *Zach Vosseler*
ZACHARY EDWARD VOSSELER
*Assistant County Attorney*

**MIAMI-DADE COUNTY ATTORNEY'S OFFICE**
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Phone: (305) 375-5151
zach@miamidade.gov

*Counsel for Miami Dade County*

2

**CITY OF MIAMI**

/s/ *Brandon Fernandez*

KEVIN RENARD JONES
   *Deputy City Attorney*
BRANDON LUIS FERNANDEZ
   *Assistant City Attorney*
ERIC JOHN EVES
   *Assistant City Attorney*
LAUREN KAIN WHALEY
   *Assistant City Attorney*

444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Phone: (305) 416-1800
krjones@miamigov.com
bfernandez@miamigov.com
eeves@miamigov.com
lkainwhaley@miamigov.com

*Counsel for City of Miami*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing with this Court's CM/ECF system on November 14, 2023, which effected service on all counsel of record.

/s/ *Nicholas J.P. Meros*
Deputy General Counsel